THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Roy Lindsey, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina
 Department of Corrections, Respondent.
 
 
 
 
 

Appeal From Administrative Law Court
 Ralph K. Anderson, III, Administrative Law
Judge

Unpublished Opinion No. 2010-UP-474
 Submitted October 1, 2010  Filed October
28, 2010

AFFIRMED 

 
 
 
 Roy Lindsey, of Columbia, for Appellant.
 Christopher D. Florian, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Roy Lindsey appeals the Administrative
 Law Court's dismissal of his appeal regarding the loss of his good time credits
 after a disciplinary conviction.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  Rule 220(c),
 SCACR ("The appellate court may affirm any ruling, order, decision or
 judgment upon any ground(s) appearing in the Record on Appeal."); Plum
 Creek Dev. Co. v. City of Conway,  334 S.C. 30, 34, 512 S.E.2d 106,
 109 (1999) ("Res judicata bars subsequent actions by the same
 parties when the claims arise out of the same transaction or occurrence that
 was the subject of a prior action between those parties.").
AFFIRMED.
FEW, C.J.,
 SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.